EVELYN CARMEL, Respondent, v. JAY-DAY DRESS CO., INC., Appellant.— ▮ ▮ No opinion. Settle order on notice. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

In the Matter of the Arbitration Between EDWARD AYASH, as Treasurer of Retail Drug Store Employees Union of Greater New York, Local 1199, C.I.O., Respondent, and NATIONAL INDEPENDENT PHARMACISTS, INC., Appellant.— ▮ No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

LOUIS CAPACASA, an Infant, by LODOVICO CAPACASA, His Guardian ad Litem, et al., Appellants, v. CHARLES M. HOROVITZ et al., Respondents. (Action No. 1.) JOSEF T. BERGMEYER et al., Respondents, v. CHARLES M. HOROVITZ et al., Respondents. (Action No. 2.) ▮ No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

WINDMILL NURSERIES AND POULTRY FARMS, INC., Plaintiff, v. LONGRANGE REALTY CORPORATION, Defendant; MINNIE M. PATERNO, Appellant, and CHARLES V. PATERNO, Respondent.— ▮ No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

In the Matter of ANNA SATTLER, Appellant, against SATGREEN REALTY CORPORATION, Respondent.— ▮ No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

In the Matter of the General Assignment of IRVING COHEN, Trading Under the Name of CORT-LEE TAILORS, Assignor, to HERMAN P. ROSENBLATT, Appellant. MAROSE TRADING CO., INC., Respondent.— ▮ No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

STATE MERCANTILE CO., INC., Appellant, v. ANDREW J. SCHMALBACH et al., Defendants, and JOSEPH L. SPENCER, Respondent.— ▮ No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

SPRUILLE BRADEN, Respondent, v. F. EUGENE NEWBOLD et al., Appellants.— ▮ No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.; Townley, J., dissents and votes to reverse and grant the motion on the ground that the membership in the New York Stock Exchange is the individual asset of a single partner and not an asset of the firm.

GUSTAVE GANZHORN v. MANUFACTURERS' CASUALTY INSURANCE COMPANY.— ▮ Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

In the Matter of the CITY OF NEW YORK, Relative to Acquiring Title to the Real Property Required for the Opening and Extending of Whitlock Avenue, in the Borough of the Bronx. 430 EAST 59TH STREET CORPORATION.— ▮ Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.